IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BETTY F. HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:08CV00041 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SSA, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending an Order be entered granting the Commissioner's Motion for Summary Judgment, affirming the Commissioner's final decision, and dismissing this case from the docket of the Court. The *Report* was filed on September 9, 2009, from which the parties had ten (10) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED,** the Commissioner's final judgment is **AFFIRMED**, and the Clerk is directed to **DISMISS** this case from the docket.

The Clerk is directed to send a copy of this *Order* to counsel as well as to Magistrate Judge Crigler.

ENTERED this 29th day of September, 2009.

                                                          s/Jackson L. Kiser
                                                          Senior United States District Judge